DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**B.H., THE MOTHER,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES GUARDIAN AD LITEM,**
Appellee.

No. 4D17-3516

[January 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502016DP000015.

Antony P. Ryan, Director and Paul O'Neil, Assistant Regional Counsel of Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Sarah J. Rumph of Children Legal Services, Tallahassee, Meredith K. Hall of Children's Legal Services, Sara E. Goldfarb and Laura J. Lee of Guardian Ad Litem Program, Sanford, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***